UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANE KITTERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   3:19-CV-0051-GCS |
| | ) |
| CITY OF BELLEVILLE, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM and ORDER**

**SISON, Magistrate Judge:**

Now before the Court is Kitterman's objections to Magistrate Judge's Memorandum and Order dismissing case and denying motion to alter or amend judgment. (Doc. 93). Based on the following, the Court **DENIES** and **OVERRULES** the objections.

Plaintiff Shane A. Kitterman, proceeding *pro se*, brought this action under 42 U.S.C. § 1983 against Defendants alleging Defendants violated and continue to violate his rights under the First, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution, as well as the *Ex Post Facto* clause and laws impairing contracts under the United States and Illinois constitutions. On February 14, 2020, the Court dismissed with prejudice Kitterman's lawsuit (Doc. 79) and judgment reflecting the same was entered on February 20, 2020. (Doc. 80). On February 25, 2020, the undersigned entered a Memorandum and Order granting in part and denying in part Kitterman's motion for

copy and extension of time to file objections. (Doc 83). Also in that Order, the undersigned informed Kitterman at that stage in the litigation he had two options: (1) he can file an appeal with the Seventh Circuit Court of Appeals as to the Memorandum and Order dismissing his case; or (2) he can file a motion to alter or amend and ask the undersigned to reconsider the Order before appealing to the Seventh Circuit. That Memorandum and Order informed Kitterman what steps he needed to take regarding each option. Thereafter, Kitterman filed a motion to alter or amend on March 5, 2020. (Doc. 84). On May 7, 2020, the Court denied Kitterman's motion to alter or amend. (Doc. 92). On May 19, 2020, Kitterman filed objections to the Court's Memorandum and Order dismissing the case and denying his motion to alter/amend judgment. (Doc. 93).

As outlined in the Court's February 25, 2020 Memorandum and Order, Kitterman's only option at stage of this litigation (case closed as the Court denied his motion to alter or amend) is to file a notice of appeal with the Seventh Circuit Court of Appeals. The Court reiterates the following: Kitterman must file a notice of appeal *within 30 days* from the entry of judgment or order. *See* FED. R. APP. PROC. 4(a)(1)(B). The deadline can be extended for a short time only if Kitterman files a motion showing excusable neglect or good cause for missing the deadline and asking for an extension of time. *See* FED. R. APP. PROC. 4(a)(5)(A), (C). *See also Sherman v. Quinn*, 668 F.3d 421, 424 (7th Cir. 2012)(explaining the good cause and excusable neglect standards); *Abuelyaman v. Illinois State Univ.*, 667 F.3d 800, 807 (7th Cir. 2011)(explaining the excusable neglect standard).

So long as the Rule 59(e) motion is in proper form and timely submitted, the 30-day clock for filing a notice of appeal will be stopped. *See* FED. R. APP. PROC. 4(a)(4). The clock will start anew once the Rule 59(e) motion has been decided. *See* FED. R. APP. PROC. 4(a)(1)(A), (a)(4), (a)(4)(B)(ii). The Court notes that Kitterman's March 5, 2020 motion to alter or amend (Doc. 84) was in proper form, but the Court disposed of the motion on May 7, 2020, so his 30-day clock has started anew from that date.

If Kitterman chooses to appeal to the Seventh Circuit, he can do so by filing a notice of appeal in this Court. *See* FED. R. APP. PROC. 3(a). The current cost of filing an appeal with the Seventh Circuit is $505.00. The filing fee is due at the time the notice of appeal is filed. *See* FED. R. APP. PROC. 3(e). If Kitterman cannot afford to pay the entire filing fee up front, he must file a motion for leave to appeal *in forma pauperis* ("IFP motion"). *See* FED. R. APP. PROC. 24(a)(1). The IFP motion must set forth the issues Kitterman plans to present on appeal. *See* FED. R. APP. PROC. 24(a)(1)(C).

**IT IS SO ORDERED.**

**Date:  May 19, 2020.**

Digitally signed by Judge Sison
Date: 2020.05.19 15:45:04 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**