UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANE KITTERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-CV-0051-GCS |
| | ) |
| CITY OF BELLEVILLE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM and ORDER

**SISON, Magistrate Judge:**

On May 26, 2020, Kitterman filed a notice of appeal. (Doc. 95). Included in Kitterman's notice of appeal is a request "to proceed on Appeal as he did in District Court as a poor person." Thus, the Court construes Kitterman's notice of appeal as containing a motion for leave to proceed in forma pauperis ("IFP") on appeal.[1]

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. *See* 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. PROC. 24(a)(3)(A). *See also Walker v. O'Brien*, 216 F.3d 626, 630-631 (7th Cir. 2009). An appeal is taken in good faith if it seeks review of an issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *See Walker*, 216 F.3d at 632 (citing *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th

---

[1] Also included in the notice of appeal is motion for a certificate of appealability, which is unnecessary in this civil rights suit.

Cir. 2000)). The motion to proceed IFP must be supported by an affidavit that shows the party's inability to pay or gives security for fees and costs, claims an entitlement to redress, and states the issues that the party intends to present on appeal. *See* FED. R. APP. PROC. 24(a)(1).

Here, the Court finds that Kitterman's motion for leave to proceed in forma pauperis is insufficient as Kitterman did not support his motion with the affidavit. Accordingly, the Court **DENIES** Kitterman's May 26, 2020 request to proceed in forma pauperis included in his notice of appeal (Doc. 95). Kitterman is instructed that he has 30 days from service of this Order to reapply to the Seventh Circuit Court of Appeals for leave to proceed *in forma pauperis* on appeal. *See* FED. R. APP. PROC. 24(a)(5).

**IT IS SO ORDERED**.

**DATED: May 28, 2020.**

Digitally signed by Judge Sison
Date: 2020.05.28 08:33:34 -05'00'

**HON. GILBERT C. SISON**
**United States Magistrate Judge**